1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TAKEDA PHARMA. CO., LTD., ET AL., | ) | Case No.: C 12-00446 PSG |
| Plaintiffs, | ) ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO** |
| v. | ) ) | **PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A** |
| SANDOZ, INC., | ) ) | **"DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND** |
| Defendants. | ) ) | **REQUEST FOR REASSIGNMENT"** |
| _____ | ) | |

This case has been assigned to a Magistrate Judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than February 7, 2012, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

Case No.: C 11-00446 PSG                1
ORDER RE CONSENT

1 | section of the court's website at www.cand.uscourts.gov.

2 | Dated:    1/31/2012

3 | _____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 11-00446 PSG
ORDER RE CONSENT

2