1 JEFFREY I. WEINBERGER (SBN 056214)
*jeffrey.weinberger@mto.com*
2 TED G. DANE (SBN 143195)
*ted.dane@mto.com*
3 HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
4 ERIN J. COX (SBN 267954)
*erin.cox@mto.com*
5 MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
6 Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
7 Facsimile: (213) 687-3702

8 Attorneys for Plaintiffs

9 TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS U.S.A., INC.,
10 TAKEDA PHARMACEUTICALS LLC, AND
TAKEDA PHARMACEUTICALS AMERICA,
11 INC.

12 UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
13

14 TAKEDA PHARMACEUTICAL CO., LTD., | Case No. 3:12-cv-00446 JCS
TAKEDA PHARMACEUTICALS U.S.A., INC.,
15 TAKEDA PHARMACEUTICALS LLC, AND | **STIPULATION TO CONTINUANCE OF**
TAKEDA PHARMACEUTICALS AMERICA, | **INITIAL CASE MANAGEMENT**
16 INC., | **CONFERENCE; [PROPOSED] ORDER**
| **THEREON**
17 Plaintiffs,

18 v.

19 SANDOZ INC.,

20 Defendant.

21

22

23

24

25

26

27

28

1    Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals U.S.A., Inc.,

2   Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda"),

3   and Defendant Sandoz Inc. ("Sandoz") hereby stipulate through their respective attorneys as

4   follows:

5    WHEREAS, on February 27, 2012, the Court issued an Order Setting Case Management

6   Conference in the above-captioned action, scheduling the Initial Case Management Conference for

7   May 4, 2012 at 1:30 p.m.;

8    WHEREAS, Sandoz has informed Takeda that it is seeking new trial counsel;

9    WHEREAS, the parties jointly request a continuance of the Case Management Conference

10   to allow Sandoz sufficient time to obtain new trial counsel;

11    WHEREAS, the parties agree that Friday, June 1, 2012, at 1:30 p.m. is a mutually agreeable

12   date for a rescheduled Initial Case Management Conference; and

13    WHEREAS, the parties further agree that they could meet the deadlines for events leading

14   up to the Initial Case Management Conference in a more orderly fashion if that Conference were

15   postponed until June 1, 2012.

16    NOW THEREFORE, IT IS HEREBY STIPULATED that, subject to the Court's approval,

17   the Initial Case Management Conference shall be held on Friday, June 1, 2012, at 1:30 p.m. and the

18   other dates in the Corrected Order Setting Initial Case Management Conference and ADR

19   Deadlines are continued accordingly.

20                                         Respectfully Submitted,

21   DATED: April 25, 2012                 MUNGER, TOLLES & OLSON LLP

22

23                                         By:_____/s/ *Heather E. Takahashi*_____
                                                   HEATHER E. TAKAHASHI
24

25                                         Attorneys for Plaintiffs
                                           TAKEDA PHARMACEUTICAL CO., LTD.,
26                                         TAKEDA PHARMACEUTICALS U.S.A.,
                                           INC., TAKEDA PHARMACEUTICALS LLC,
27                                         AND TAKEDA PHARMACEUTICALS
                                           AMERICA, INC.
28

                                                      STIPULATION TO  CONTINUANCE OF INITIAL
                                              2       CASE MANAGEMENT CONFERENCE; [PROPOSED]
                                                      ORDER THEREON

1    DATED: April 25, 2012                        DUANE MORRIS LLP

2

3                                                 By:        /s/ *Jessica E. La Londe*
                                                        JESSICA E. LA LONDE
4

5                                                 Attorneys for Defendant
                                                  SANDOZ INC.
6

7

8    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9    DATED: April _26_, 2012

10

11                                                _____
                                                  THE HONORABLE JOSEPH C. SPERO
12                                                UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                      STIPULATION TO  CONTINUANCE OF INITIAL
                                              3       CASE MANAGEMENT CONFERENCE; [PROPOSED]
                                                                     ORDER THEREON

1

<u>Filer's Attestation</u>

2          I, Heather Takahashi, am the ECF user whose identification and password are

3    being used to file this **STIPULATION TO CONTINUANCE OF INITIAL CASE**

4    **MANAGEMENT CONFERENCE**.  In compliance with General Order 45.X.B, I

5    hereby attest that the other above-named signatory concurs in this filing.

6    DATED:  April 25, 2012

7

8                                              /s/ *Heather E. Takahashi*

9

10

11   13851188.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4      STIPULATION TO  CONTINUANCE OF INITIAL
       CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~]
       ORDER THEREON