Maureen Rurka (*pro hac vice* pending)
mrurka@winston.com
Julia Mano Johnson (*pro hac vice* pending)
jmjohnson@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone:   (312) 558-5600
Facsimile:   (312) 558-5700

Hannah L. Blumenstiel (SBN: 214842)
hblumenstiel@winston.com
Nicholas W. Short (SBN: 253922)
nshort@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Attorneys for Defendant
SANDOZ INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICALS, CO., LTD., TAKEDA PHARMACEUTICALS U.S.A, INC., TAKEDA PHARMACEUTICALS LLC, and TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SANDOZ INC.,<br><br>　　　　Defendant. | **Case No. 3:12-cv-0446 JCS**<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SANDOZ, INC.**<br><br>The Honorable Joseph C. Spero<br><br>Complaint Filed:   January 12, 2012 |

1   IT IS HEREBY ORDERED THAT Defendant Sandoz Inc. hereby withdraws its current

2  attorney of record:

3   Jessica E. La Londe
4   Duane Morris LLP
    One Market, Spear Tower, Suite 2000
5   San Francisco, CA 94105
    Phone: 415-957-3000
6   Fax: 415-957-3001
    Email: JELalonde@duanemorris.com
7

8  and substitutes the following as the attorneys of record:

9               Maureen Rurka (*pro hac vice* pending)
                mrurka@winston.com
10              Julia Mano Johnson (*pro hac vice* pending)
                jmjohnson@winston.com
11              WINSTON & STRAWN LLP
                35 West Wacker Drive
12              Chicago, IL 60601-9703
                Telephone:   (312) 558-5600
13              Facsimile:   (312) 558-5700

14              Hannah L. Blumenstiel (SBN: 214842)
                hblumenstiel@winston.com
15              Nicholas W. Short (SBN: 253922)
                nshort@winston.com
16              WINSTON & STRAWN LLP
                101 California Street, Suite 3900
17              San Francisco, CA 94111-5802
                Telephone:   (415) 591-1000
18              Facsimile:   (415) 591-1400

19

20

21  Dated: 5/3/12
                                        _____
22                                      UNITED STATES MAGISTRATE JUDGE
                                        JOSEPH C. SPERO
23

(Judge Joseph C. Spero signature / seal: United States District Court, Northern District of California)

---

1

[PROPOSED] ORDER GRANTING WITHDRAWAL AND SUBSTITUTION         CASE NO. 3:12-CV-0446 JCS
OF COUNSEL FOR DEFENDANT SANDOZ, INC.