Jeffrey I. Weinberger (SBN 056214)
*jeffrey.weinberger@mto.com*
Ted G. Dane (SBN 143195)
*ted.dane@mto.com*
Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
Ryan N. Hagglund (admitted *pro hac vice*)
*ryan.hagglund@mto.com*
Zachary M. Briers (SBN 287984)
*Zachary.Briers@mto.com*

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702
Attorneys for Plaintiffs

TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.

Maureen Rurka (admitted *pro hac vice*)
*mrurka@winston.com*
Julia Mano Johnson (admitted *pro hac vice*)
*jmjohnson@winston.com*
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone:     (312) 558-5600
Facsimile:     (312) 558-5700

Jeffrey J. Lederman (SBN: 104622)
jlederman@winston.com
K. Joon Oh (SBN: 246142)
koh@winston.com
Winston & Strawn LLP
101 California St., 39th Floor
San Francisco, CA 94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Defendant

SANDOZ INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICALS, CO., LTD., TAKEDA PHARMACEUTICALS U.S.A, INC., TAKEDA PHARMACEUTICALS LLC, and TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ, INC.,<br><br>Defendant. | **Case No. 3:12-cv-0446 JCS**<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND THE FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**<br><br>The Honorable Joseph C. Spero<br><br>Complaint Filed:     January 26, 2012<br><br>**[REDACTED]** |

STIPULATION AND [PROPOSED] ORDER                                CASE NO. 3:12-CV-0446 JCS

1  Pursuant to this Court's Civil Standing Orders and Civil Local Rules 6-1, 6-2, 7-12, and 16-
2  10(c), Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals U.S.A., Inc.,
3  Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc., (collectively, "Takeda"),
4  and Defendant Sandoz Inc. ("Sandoz") (collectively, the "Parties") stipulate and agree as follows:

5  WHEREAS, on June 1, 2012, the Court held the initial case management conference in this
6  case;

7  WHEREAS, on June 6, 2012 the Court entered its Case Management and Pretrial Order
8  [Docket No. 50] ("June 2012 Order");

9  WHEREAS, on September 7, 2012, the Court held a further case management conference;

10  WHEREAS, on September 11, 2012 the Court modified the June 2012 Order in its Further
11  Case Management and Pretrial Order [Docket No. 55] ("September 2012 Order");

12  WHEREAS, on December 14, 2012, the Court held a further case management conference;

13  WHEREAS, on December 19, 2012 the Court modified the September 2012 Order in its
14  Further Case Management and Pretrial Order [Docket No. 63] ("December 2012 Order");

15  WHEREAS, on April 9, 2013, the Court modified the December 2012 Order in its Further
16  Case Management and Pretrial Order [Docket No. 76] ("April 2013 Order");

17  WHEREAS, on June 19, 2013, the Court granted Plaintiffs' motion to amend their
18  infringement contentions to assert infringement under the doctrine of equivalents [Docket No. 92];

19  WHEREAS, the Parties, in light of Plaintiffs' Amended Infringement Contentions, have
20  conferred and agreed upon related adjustments to the Schedule set forth in the April 2013 Order;

21  ███████████████████████████████████████
22  ███████████████████████████████████████
23  ███████████████████████████████████████
24  ████ ;

25  ////
26  ////
27  ////
28  ////

1

STIPULATION AND [PROPOSED] ORDER                                    CASE NO. 3:12-CV-0446 JCS

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5802**

THEREFORE, the undersigned Parties submit this stipulated request and respectfully request the Court amend April 2013 Order as follows:

| Event | Current Date | Proposed Change |
|---|---:|---:|
| Fact Discovery Cut-Off | Friday, 07/19/13 | Friday, 10/11/2013 |
| Initial Expert Reports on Issues where party Bears Burden of Proof. Takeda will provide any report on secondary considerations at this time. | Friday, 08/30/13 | Friday, 11/22/2013 |
| Rebuttal Expert Reports | Friday, 09/27/13 | Friday, 12/20/2013 |
| Expert Discovery Cut-Off | Friday, 10/25/13 | Friday, 1/17/2014 |
| Last Day to File Dispositive Motions | Friday, 11/15/13 | Friday, 2/7/2014 |
| Oppositions Due for Dispositive Motions | Friday, 12/06/13 | Friday, 2/28/2014 |
| Replies Due for Dispositive Motions Filed | Friday, 12/20/13 | Friday, 3/14/2014 |
| Motions Hearing | Friday, 02/28/14 9:30 a.m. | To be set at a future case management conference |
| Pretrial Conference | To be set at a future case management conference | (*no change*) |
| Trial | To be set at a future case management conference | (*no change*) |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted,

Dated: July 2, 2013     MUNGER, TOLLES & OLSON LLP

By: /s/ Ryan N. Hagglund
Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS U.S.A., INC.,
TAKEDA PHARMACEUTICALS LLC, AND
TAKEDA PHARMACEUTICALS AMERICA, INC.

Dated: July 2, 2013     WINSTON & STRAWN LLP

By: /s/ K. Joon Oh
Maureen Rurka (admitted *pro hac vice*)
Julia Mano Johnson (admitted *pro hac vice*)
Jeffrey J. Lederman
K. Joon Oh

Attorneys for Defendant Sandoz, Inc.

**FILER'S ATTESTATION**

I, K. Joon Oh, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER**.  In accordance with Local Rule 5-1(i)(3), I hereby attest that the above-named signatories concur in this filing.

DATED: July 2, 2013

By: /s/ K. Joon Oh

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 7/9/13

The Honorable Joseph C. Spero
United States Magistrate Judge

SF:357492.1